1

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA

v.                                                                  Criminal No. 5:15CR50092-001

JEFFERY ATKINS

## FINAL ORDER OF FORFEITURE

On July 8, 2016, the Court entered a Preliminary Order of Forfeiture in this case in accordance with Fed.R.Crim. P. 32.2(b) (Doc.56). In the Preliminary Order of Forfeiture, a Smith & Wesson, model SW9VE, 9mm caliber pistol, serial number DWX0353, and any ammunition, were forfeited to the United States pursuant to 18 U.S.C. § 924(d) and Title 18 U.S.C. § 3665.

The United States was required to publish notice of this order pursuant to Fed.R.Crim. P. 32.2(b)(6) and 18 U.S.C. § 982(b)(1), incorporating by reference 21 U.S.C. § 853(n)(1). On October 4, 2016, an attorney for the United States filed a Notice of Proof of Publication, showing that for 30 days, notice of the Court's Preliminary Order of Forfeiture was advertised on www.forfeiture.gov. Deadline for filing claims was August 31, 2016. No third party claims have been filed.

Pursuant to Fed. R. Crim. P. 32.2(b)(4), a Preliminary Order of Forfeiture becomes final as to a defendant at sentencing.

Accordingly it is hereby ORDERED, DECREED, AND ADJUDGED:

2

1. That based upon the guilty plea and the plea agreement of the parties, pursuant to Fed. R. Crim. P. 32.2(b)(4), the Preliminary Order of Forfeiture entered on July 8, 2016, shall become final at this time.

IT IS SO ORDERED this 6th day of December, 2016.

_____
HONORABLE TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE