IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

V.                        CASE NO. 5:15-CR-50092

JEFFERY ATKINS                                                        DEFENDANT

## ORDER

Now pending before the Court is the Report and Recommendation (Doc. 99) of Magistrate Judge Mark E. Ford, filed on July 23, 2018. The time to object has now passed, and no objections were filed.

Accordingly, **IT IS ORDERED** that the Report and Recommendation (Doc. 99) is **ADOPTED IN ITS ENTIRETY**, and Defendant's Motion Under 28 U.S.C. § 2255 Motion (Doc. 93) as amended (Doc. 96) is **DENIED**, and the matter is **DISMISSED WITH PREJUDICE**. Further, no certificate of appealability will be granted, if one is sought, in light of the reasoning in the Report and Recommendation.

**IT IS SO ORDERED** on this 16th day of August, 2018.

/s/ Timothy L. Brooks
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE